**Hearing Date and Time: March 27, 2014 at 10:00 a.m.**
**Objection Deadline: February 24, 2014**

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert B. Krakow (admitted *pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

*Attorneys for PricewaterhouseCoopers AG, Zurich,*
*as Bankruptcy Liquidator of*
*Lehman Brothers Finance AG, in Liquidation,*
*a/k/a Lehman Brothers Finance SA, in Liquidation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
**In re:** : **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **Case No. 08-13555 (SCC)**
:
Debtors. : **Jointly Administered**
:
:
---------------------------------------------------------------- X
:
**LEHMAN BROTHERS HOLDINGS INC.,** :
:
Plaintiff, :
:
v. : **Adv. Proc. No. 13-01431 (SCC)**
:
**DR HC TSCHIRA BETEILIGUNGS GMBH & CO** :
**KG, and KLAUS TSCHIRA STIFTUNG GGMBH,** :
:
Defendants. :
---------------------------------------------------------------- X

**NOTICE OF HEARING TO CONSIDER LEHMAN BROTHERS FINANCE AG'S**
<u>**MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**</u>

**PLEASE TAKE NOTICE** that on February 10, 2014, PricewaterhouseCoopers AG, Zurich ("**PwC**"), in its capacity as duly authorized Bankruptcy Liquidator and foreign representative of Lehman Brothers Finance AG, in Liquidation, also known as Lehman Brothers Finance SA, in Liquidation, a Swiss corporation ("**LBF**"), filed *Lehman Brothers Finance AG's Motion to Quash and/or for Protective Order* [Docket No. 25] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Hearing**") to consider the Motion will take place before the Honorable Shelly C. Chapman, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408 (the "**Bankruptcy Court**") on **March 27, 2014 at 10:00 a.m. (prevailing U.S. Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the Motion (the "**Objections**") shall be filed electronically with the Bankruptcy Court pursuant to the Bankruptcy Court's General Order M-399 (available at http://nysb.uscourts.gov/orders/orders2.html), by registered users of the Bankruptcy Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in portable document format, Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 on (i) counsel for PwC, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York, 10166 (Attn: Michael A. Rosenthal, Esq., and Robert B. Krakow Esq.); (ii) counsel for Defendants, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036 (Attn: Allan S. Brilliant, Esq. and David A. Kotler, Esq.); and (iii) counsel for Plaintiff, Jones Day, 222 East 41st Street, New

York, New York 10017 (Attn: Tracy V. Schaffer, Esq., Benjamin Rosenblum, Esq., Jayant W. Tambe, Esq., and Locke R. McMurray, Esq.), so as to be received no later than **February 24, 2014** (the "***Objection Deadline***").

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Motion on or before the Objection Deadline, the Bankruptcy Court may enter an order granting the Motion with no further notice or opportunity to be heard.

Dated:  New York, New York
        February 21, 2014

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ Michael A. Rosenthal
Michael A. Rosenthal
200 Park Avenue
New York, New York 10166
Telephone:  (212) 351-4000
Facsimile:  (212) 715-8000

Robert B. Krakow (admitted *pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75209
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2934

*Attorneys for PricewaterhouseCoopers AG, Zurich, as Bankruptcy Liquidator of Lehman Brothers Finance AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation*