DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
Allan S. Brilliant
David A. Kotler
Shmuel Vasser

*Attorneys for Dr HC Tschira Beteiligungs GmbH &
Co KG and Klaus Tschira Stiftung GGmbH*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., | : | Adversary Proceeding |
| Plaintiff, | : | No. 13-01431 (SCC) |
| -against- | : | |
| DR HC TSCHIRA BETEILIGUNGS GMBH & CO KG, and KLAUS TSCHIRA STIFTUNG GGMBH, | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002, 9007 and

9010(b), the undersigned hereby appears in the above captioned matter on behalf of Defendants

Dr HC Tschira Beteiligungs GmbH & Co KG and Klaus Tschira Stiftung GGmbH, and requests

19031244.1

that all notices given or required to be given in connection with the above-captioned adversary proceeding by the Court, the Plaintiff, or any other party-in-interest in the above-captioned adversary proceeding be given and served upon:

> David A. Kotler
> Dechert LLP
> 1095 Avenue of the Americas
> New York, NY 10036
> Telephone: (212) 698-3500
> Facsimile: (212) 698-3599
> Email: david.kotler@dechert.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the adversary proceeding, whether such notice is formal or information, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, or otherwise.

Dated: New York, New York
       February 26, 2014

Respectfully submitted,

DECHERT LLP

By:     __/s/ David A. Kotler_____
        David A. Kotler
        1095 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        Email: david.kotler@dechert.com

        *Attorney for Dr HC Tschira*
        *Beteiligungs GmbH & Co KG and*
        *Klaus Tschira Stiftung GGmbH*

## CERTIFICATE OF SERVICE

I, David A. Kotler, hereby certify that on February 26, 2014 a true and correct copy of the foregoing Notice of Appearance was served via ECF and electronic mail on the following counsel:

Michael A. Rosenthal
Robert B. Krakow
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*Attorneys for Lehman Brothers Finance AG*

Jayant W. Tambe
Benjamin Rosenblum
Tracy V. Schaffer
Jones Day
222 East 41st Street
New York, NY 10017

*Attorneys for Lehman Brothers Holdings Inc.*

/s/ David A. Kotler
David A. Kotler